**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01196-BNB

NATHAN JERARD DUNLAP, and
MATTHEW FRANSISCO ALFARO,

      Plaintiffs,

v.

ARISTEDES ZAVARAS, individually, and in his official capacity as Executive Director of
      the Colorado Department of Corrections,
SUSAN JONES, individually, and in her official capacity as the Warden of the Colorado
      State Penitentiary,
D. COMBS, whose true name is unknown, individually, and in his official capacity as a
      hearing committee member,
K. MOORE, whose true name is unknown, individually, and in her official capacity as a
      hearing committee member, and
J. OLSON, whose true name is unknown, individually, and in his official capacity as
      hearing committee chairperson,

      Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      "Plaintiffs' Motion Requesting an Order in Regards to the Payment of Filing Fees" filed on May 26, 2009, by Plaintiff Nathan Jerard Dunlap and "Plaintiff's Motion Requesting an Order in Regards to the Payment of Filing Fees" filed on August 31, 2009, by Plaintiff Matthew Fransisco Alfaro are DENIED.  "Plaintiffs' Motion to Serve Defendants' Summons and Complaint" filed on August 31, 2009, is DENIED as premature.

Dated:  September 1, 2009