IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01196-BNB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 8 2009

GREGORY C. LANGHAM
CLERK

NATHAN JERARD DUNLAP, and
MATTHEW FRANSISCO ALFARO,

Plaintiffs,

v.

ARISTEDES ZAVARAS, individually, and in his official capacity as Executive Director of
 the Colorado Department of Corrections,
SUSAN JONES, individually, and in her official capacity as the Warden of the Colorado
 State Penitentiary,
D. COMBS, whose true name is unknown, individually, and in his official capacity as a
 hearing committee member,
K. MOORE, whose true name is unknown, individually, and in her official capacity as a
 hearing committee member, and
J. OLSON, whose true name is unknown, individually, and in his official capacity as
 hearing committee chairperson,

Defendants.

---

ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 28, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01196-BNB

Nathan Jerard Dunlap
Prisoner No. 89148
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

Matthew Fransisco Alfaro
Prisoner No. 110191
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/28/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk