**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 09-cv-01196-CMA-MEH

OCT - 5 2009

NATHAN JERARD DUNLAP, and
MATTHEW FRANSISCO ALFARO,

GREGORY C. LANGHAM
_____ CLERK

      Plaintiffs,

v.

ARISTEDES ZAVARAS, individually, and in his official capacity
      as Executive Director of the Colorado Department of Corrections,
SUSAN JONES, individually, and in her official capacity
      as the Warden of the Colorado State Penitentiary,
D. COMBS, whose true name is unknown, individually, and in his official capacity
      as a hearing committee member,
K. MOORE, whose true name is unknown, individually, and in her official capacity
      as a hearing committee member, and
J. OLSON, whose true name is unknown, individually, and in his official capacity
      as a hearing committee member chairperson,

      Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

      This cause came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the Plaintiffs leave to proceed *in forma pauperis*.  It now is

      ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the Defendants.  If unable to do so, the United States Marshal shall serve

a copy of the complaint, summons, order granting leave to proceed pursuant to 28

U.S.C. § 1915, and all other orders upon the Defendants.  If appropriate, the Marshal

shall first attempt to obtain a waiver of service of these documents pursuant to

Fed.R.Civ.P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the Defendants.

DATED:  October __5__, 2009

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-01196-CMA-MEH

Nathan Jerard Dunlap
Prisoner No. 89148
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

Matthew Fransisco Alfaro
Prisoner No. 110191
Centennial Correctional Facility
PO Box 600
Cañon City, CO 81215- 0600

Aristedes Zavaras, Susan Jones,
D. Combs, K. Moore, and J. Olson – **WAIVER\***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Aristedes Zavaras, Susan Jones, D. Combs, K. Moore, and J. Olson: AMENDED COMPLAINT FILED 09/25/09, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/5/09    .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk