IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01196-CMA-MEH

NATHAN JERARD DUNLAP,

    Plaintiff,

v.

ARISTEDES ZAVARAS, individually,
ARISTEDES ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections,
SUSAN JONES, individually,
SUSAN JONES, in her official capacity as the Warden of the Colorado State Penitentiary,
D. COMBS, individually,
D. COMBS, whose true name is unknown, in his official capacity as a hearing committee member,
K. MOORE, individually,
K. MOORE, whose true name is unknown, in her official capacity as a hearing committee member,
J. OLSON, individually, and
J. OLSON, whose true name is unknown, in his official capacity as a hearing committee member,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 12, 2010.**

    In the interests of justice, Plaintiff's unopposed[1] Motion for Leave to File Third Amended Complaint and to Amend Case Caption [filed March 8, 2010; docket #54] is **granted**. The Clerk of the Court is directed to file the Third Amended Complaint found at docket #54-2 and to amend the case caption accordingly.[2] The remaining Defendant shall file an answer or other response to the Third Amended Complaint in accordance with Fed. R. Civ. P. 15(a).

---

    [1]*See* docket #57.

    [2]Fed. R. Civ. P. 21 "invests district courts with authority to allow a dispensable nondiverse party to be dropped at any time." *Grupo Dataflux v. Atlas Global Group L.P.*, 541 U.S. 567, 572-73 (2004).