IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01196-CMA-MEH

NATHAN JERARD DUNLAP,

    Plaintiff,

v.

ARISTEDES ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 17, 2010.**

    The Stipulated Motion to Vacate Settlement Conference [filed August 16, 2010; docket #64] is **granted**. The Settlement Conference currently scheduled for August 23, 2010 is hereby **vacated**. If they desire, the parties are invited to contact my Chambers at (303) 844-4507 at any time during the litigation to obtain an alternate date for the conference.