IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01196-CMA-MEH

NATHAN JERARD DUNLAP,

    Plaintiff,

v.

ARISTEDES ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections,

    Defendant.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 1, 2010.**

    The Second Stipulated Motion to Amend Scheduling Order [filed August 30, 2010; docket #67] is **denied** for failure to demonstrate good cause for an additional extension of the deadlines in this case. This case was originally filed on May 15, 2009. After initial review, the case was referred to this Court to conduct pretrial matters. At Plaintiff's request, the Court continued the January 6, 2010 Scheduling Conference to February 5, 2010, at which time the Court set the original schedule for the case. On May 3, 2010, the Court granted the parties' requested 60-day extension of time to accommodate the parties' settlement efforts. Here, the parties request a further 75-day extension of time citing "informal settlement discussions"; however, the parties recently moved to vacate the August 23, 2010 settlement conference. The Court finds that the parties have failed to demonstrate good cause pursuant to Fed. R. Civ. P. 16(b)(4) and Judge Arguello's Practice Standards, Civil Actions, III.D.