IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01196-CMA-MEH

NATHAN JERARD DUNLAP,

    Plaintiff,

v.

ARISTEDES ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2011.**

    The Joint Motion to Vacate Final Pretrial Conference [filed March 2, 2011; docket #90] is **granted in part and denied in part**. The Final Pretrial Conference scheduled in this case for March 11, 2011, is **converted** to a Status Conference at which counsel for the parties shall be prepared to discuss the status of current settlement negotiations.

    The conference will take place in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. However, if they wish, counsel for the parties may appear by telephone by first conferencing together, then calling my Chambers at (303)844-4507 at the appointed time.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.