IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01196-WJM-MEH

NATHAN JERARD DUNLAP,

    Plaintiff,

v.

ARISTEDES ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 26, 2011.**

    In light of the settlement of this case, Defendant's Motion for Summary Judgment [filed November 24, 2010; docket #74] and Plaintiff's Motion for Summary Judgment [filed November 24, 2010; docket #75] are **denied as moot**.