**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 09-cv-01196-WJM-MEH

NATHAN JERARD DUNLAP,

    Plaintiff,

v.

ARISTEDES ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections,

    Defendant.

**ORDER GRANTING JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE**

THIS MATTER comes before the Court on the Parties' Joint Motion to Administratively Close Case, ECF No. 108, filed on August 3, 2011. The Court having reviewed the record and being fully advised hereby Orders as follows:

1)     The Joint Motion is GRANTED;

2)     The case is ADMINISTRATIVELY CLOSED pursuant to D.C.COLO.LCivR 41.2; and

3)     The parties are GRANTED leave to move to reopen the case upon a showing of good cause as set forth in D.C.COLO.LCivR 41.2.

Dated this 4th day of August, 2011.

BY THE COURT:

_William J. Martínez_
William J. Martínez
United States District Judge